IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANCIS T. DEUTSCH,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 12-cv-1293-JPG
Criminal Case No. 10-cr-40048-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Francis T. Deutsch's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in this case in favor of petitioner Francis T. Deutsch and against respondent United States of America; and that the judgment against Francis T. Deutsch in Criminal Case No. 10-cr-40048-JPG (Doc. 83 in criminal case) is vacated and that Francis T. Deutsch shall be resentenced.

**DATED:** May 8, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                      **By: s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**